# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON,
# AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DEPOSITION** |

Before the Court is Defendant AGC Biologics Inc.'s Motion to Compel Plaintiff's Deposition ("Motion"). Having reviewed the filings related to Defendant's Motion, the Court GRANTS Defendant's Motion as follows:

The Court hereby ORDERS Plaintiff Jerome Armand Fotso Soh Nde to fully cooperate in scheduling the continuation of his deposition, which deposition is to take place as soon as practicable.

The Court further instructs the Plaintiff to comply with his discovery obligations in connection with the deposition.

The Court further ORDERS Plaintiff to reimburse Defendant for the reasonable attorneys' fees it incurred in connection with the filing of its Motion. Defendant shall file its Motion for Reasonable Attorneys' Fees within 14 days of this order.

Dated April 29 of 2022.

*signature*

Judge John H. Chun
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL PLAINTIFF'S
DEPOSITION - 2
(No. 2:21-cv-00625-JHC)