1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE, | CASE NO. 2:21-cv-00625-JHC |
| Plaintiff, | ORDER |
| v. | |
| AGC BIOLOGIES, INC., | |
| Defendant. | |

Before the Court is Plaintiff Jerome Armand Fotso Soh Nde's motion for reconsideration (Dkt. # 26) of the Court's April 29, 2022 order to reimburse Defendant for reasonable attorney fees (Dkt. # 23).[1] Per LCR 7(h)(3), the Court DIRECTS Defendant to respond to Plaintiff's motion for reconsideration (Dkt. # 26) no later than five (5) court days from the date of this filing. *See* LCR 7(h)(3). Defendant's response shall be no longer than five (5) pages.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address. The Clerk is also directed to renote Plaintiff's motion for reconsideration for the response deadline in five (5) court days.

---

[1] Under Local Civil Rule (LCR) 7(h)(2), Plaintiff should have initially noted the motion for the day it was filed.

ORDER - 1

Dated this 16th day of May, 2022.

                                                John H. Chun
                                                United States District Judge

ORDER - 2