UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff Jerome Armand Fotso Soh Nde's Motion for Reconsideration ("Motion"). Having reviewed the filings related to Plaintiff's Motion, the Court DENIES Defendant's Motion for Reconsideration.

Dated this 23rd day of May, 2022.

_____
Judge John H. Chun
United States District Judge

ORDER DENYING
PLAINTIFF'S MOTION FOR
RECONSIDERATION- 1
(No. 2:21-cv-00625-JHC)