# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON,
# AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR REASONABLE ATTORNEYS' FEES** |

Before the Court is Defendant AGC Biologics, Inc.'s Motion for Reasonable Attorneys' Fees ("Motion"). Having reviewed the filings related to Defendant's Motion, the Court GRANTS Defendant's Motion as follows:

The Court hereby ORDERS Plaintiff to reimburse Defendant for the reasonable attorneys' fees and expenses it incurred in connection with its Motion to Compel Plaintiff's Deposition in the amount of $750. Within 30 days of this Order, Plaintiff will (1) issue a check payable to AGC Biologics, Inc. in this amount, and (2) deliver that check to the offices of Ogletree Deakins at 1201 Third Ave, Suite 5150 in Seattle, Washington.

Dated this 23rd day of May, 2022.

*John H. Chun*

Judge John H. Chun
United States District Judge