UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS OR IN THE ALTERNATIVE FOR SANCTIONS** |

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiff's Claims or in the Alternative for Sanctions ("Motion"). Dkt. # 19. Having reviewed the filings related to the Motion, the Court DENIES it.

After Defendant filed the Motion, the Court granted Defendant's then-pending motion to compel concerning Plaintiff's deposition.[1] Dkt. # 23. The Court awarded legal expenses to Defendant in connection with the motion to compel. Dkt. 33. During a teleconference with the parties on May 16, 2022 (Dkt. # 28) it appeared to the Court that Plaintiff was proceeding cooperatively—at least with respect to his deposition. The Court's ruling today is without prejudice to any future motion to dismiss or for sanctions by Defendant, depending on Plaintiff's conduct going forward.

---

[1] The Court notes that Defendant has not moved to compel in connection with any other of Plaintiff's discovery obligations.

ORDER DENYING DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S
CLAIMS OR IN THE ALTERNATIVE FOR
SANCTIONS- 1
(No. 2:21-cv-00625-JHC)

1 | Dated this 31st day of May, 2022.

*[signature: John H. Chun]*

Judge John H. Chun
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S
CLAIMS OR IN THE ALTERNATIVE FOR
SANCTIONS- 2
(No. 2:21-cv-00625-JHC)