UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

JEROME ARMAND FOTSO SOH NDE,

Plaintiff,

v.

AGC BIOLOGICS INC.,

Defendant.

No. 2:21-cv-00625-JHC

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES**

Before the Court is Defendant AGC Biologics, Inc.'s unopposed Motion to Compel Plaintiff's Discovery Responses ("Motion"). Dkt. # 35. Having reviewed the filings related to Defendant's Motion, the Court GRANTS the Motion as follows:

The Court hereby ORDERS Plaintiff to serve Initial Disclosures pursuant to Rule 26(a) within fourteen (14) days of the date this Order is issued; to serve answers to Defendant's interrogatories and responses to Defendant's requests for production of documents within fourteen (14) days of the date this Order is issued; and to pay the Defendant's reasonable attorneys' fees associated with filing the Motion and awarded by the Court.

Dated this 17th of June 2022.

*John H. Chun*

John H. Chun
United States District Judge