UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**AMENDED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES** |

Before the Court is Defendant AGC Biologics, Inc.'s unopposed Motion to Compel Plaintiff's Discovery Responses ("Motion"). Dkt. # 35. Having reviewed the filings related to Defendant's Motion, including the motion, the response, the reply, and supporting papers, the Court GRANTS the Motion as follows:

The Court hereby ORDERS Plaintiff to serve complete Initial Disclosures pursuant to Rule 26(a) within fourteen (14) days of the date this Order is issued; to serve complete answers to Defendant's interrogatories and responses to Defendant's requests for production of documents within fourteen (14) days of the date this Order is issued; to certify the above discovery to the extent required by the discovery rules; and to pay the Defendant's reasonable attorney fees associated with filing the Motion if any are awarded by the Court.

Dated this 17th of June 2022.

_____
John H. Chun
United States District Judge