UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR ATTORNEY FEES** |

Before the Court is Defendant AGC Biologics, Inc.'s ("Defendant") Motion for Reasonable Attorneys' Fees ("Motion"). Dkt # 41. Having reviewed the filings related to Defendant's Motion, which is unopposed, the Court GRANTS in part Defendant's Motion as follows:

The Court hereby ORDERS Plaintiff to reimburse Defendant for the reasonable attorney fees and expenses it incurred in connection with its Motion to Compel Plaintiff's Discovery Responses in the amount of $2,000. Within 30 days of this Order, Plaintiff will (1) issue a check payable to AGC Biologics Inc. in this amount, and (2) deliver that check to the offices of Ogletree Deakins at 1201 Third Ave, Suite 5150 in Seattle, Washington.

Dated this 8th day of July, 2022.

*John H. Chun*
John H. Chun
United States District Judge