UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>v.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT** |

Before the Court is Defendant AGC Biologics, Inc.'s ("Defendant") Motion for Order to Show Cause Why Plaintiff Should Not Be Held in Contempt of Court. Dkt. # 43. The motion is unopposed. Having reviewed the filings related to Defendant's Motion, the Court GRANTS Defendant's Motion as follows:

The Court hereby ORDERS Plaintiff to SHOW CAUSE within ten (10) days of the date of this order as to why he should not be held in contempt of Court and this lawsuit dismissed in its entirety.

Dated this 15th day of July, 2022.

John H. Chun
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR ORDER TO SHOW CAUSE
WHY PLAINTIFF SHOULD NOT BE HELD
IN CONTEMPT OF COURT - 1
Case No. 2:21-cv-00625-JHC