UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| JEROME ARMAND FOTSO SOH NDE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC BIOLOGICS INC.,<br><br>Defendant. | No. 2:21-cv-00625-JHC<br><br>**ORDER GRANTING DEFENDANT'S SECOND MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT OF COURT** |

Before the Court is Defendant AGC Biologics, Inc.'s ("Defendant") "Second Motion for Order to Show Cause Why Plaintiff Should Not Be Held in Contempt of Court." Dkt. # 45. The motion is unopposed. Having reviewed the filings related to Defendant's Motion, the Court GRANTS Defendant's Motion as follows:

The Court hereby ORDERS Plaintiff to SHOW CAUSE within ten (10) days of the date of this order as to why he should not be held in contempt of Court and this lawsuit dismissed in its entirety.

Dated this 22nd day of July, 2022.

_____
John H. Chun
United States District Judge